**Opinion issued September 26, 2023**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-23-00678-CV

_____

### IN RE JASMINE JARBIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Jasmine Jarbis, has filed a petition for a writ of mandamus challenging the trial court's April 19, 2023 and August 10, 2023 orders.[1]

The record reflects that relator is not a party to the underlying action, and thus, does not have standing to bring this mandamus proceeding. *See In re Gore Family*

---

[1] The underlying case is *James Allen, Robert L. Thomas, and Allan Haye v. PCF Properties in Texas, LLC v. Elizabeth Thomas, James M. Andersen, and JPMorgan Chase Bank, N.A.*, Cause No. 2020-35780, in the 80th District Court of Harris County, Texas, the Honorable Jeralynn Manor presiding.

1

*Ltd. P'ship*, No. 14-18-00761-CV, 2018 WL 4354701, at *1 (Tex. App.—Houston [14th Dist.] Sept. 13, 2018, orig. proceeding [mand. denied]) (mem. op.) ("Standing is an element of an appellate court's subject-matter jurisdiction over a petition for writ of mandamus."); *In re Guardianship of Jones*, No. 05-15-01510-CV, 2015 WL 9304276, at *1 (Tex. App.—Dallas Dec. 22, 2015, orig. proceeding) (mem. op.) ("A petitioner for mandamus relief must have standing to bring suit just as any other litigant. A relator has standing to pursue mandamus relief if the relator has a justiciable interest in the controversy."); *In re Baker*, 404 S.W.3d 575, 577–78, 582 (Tex. App.—Houston [1st Dist.] 2010, orig. proceeding) (considering sua sponte whether relator had standing to bring original proceeding). Relator's mandamus petition also does not comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5(a) ("Service on a party represented by counsel must be made on that party's lead counsel."), 52.3.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams, and Justices Hightower and Countiss.